## LAMB v. SMITH ET UX.

Interest recovered on a legacy, which was ordered by the testator to be put upon interest.

ERROR to reverse a judgment of the County Court, in an action brought by Smith and wife against Lamb, declaring that David Lamb on the 6th of July A. D. 1771, made his will and gave to his two sons John and the said Lemuel, all

his estate after the decease or second marriage of his wife, to be divided as follows, viz. etc. to Betsey, the wife of said Sharp Smith, a legacy as follows, *Item.* I give and bequeath to my negro woman Betsey, her freedom in six months after my decease. I also give to said negro woman Betsey, £12 lawful money, to be put to interest under the care of the Rev. A. Rosseter and to be by him dealt out to said Betsey's use, at his discretion, as her circumstances shall require, to be paid equally by my sons Lemuel and John Lamb, within one year after my decease. The testator died in October A. D. 1771 and said will has been duly proved and approved, and the defendant accepted of said estate given him by the will aforesaid, which was worth £800 lawful money, and thereupon he became liable to pay one-half of said legacy given to said Betsey in said will and being so liable assumed and promised to pay said half being £6 and the interest thereon, from and after one year from the death of the testator, etc.

To this declaration a general demurrer was given, and the County Court gave judgment that the declaration was sufficient and for the plaintiffs to recover the sum of £12 19s. 6d. damages and cost.

Errors assigned — 1st. That the declaration was insufficient. 2d. That said court gave too great a sum in damages.

Judgment of the County Court affirmed. The legacy is given to said Betsey to be paid by the defendant and said John in equal moieties within one year after the decease of the testator, and to be put upon interest; if they neglected to pay it by the time they ought to pay the interest. Mr. Rosseter was appointed by the will a kind of superintendent or guardian to said Betsey as to this legacy, but had no kind of interest in it. His accepting or refusing the trust can have no effect upon the negro woman's interest in it.